**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DAVID OLIVER, | ) |
|           Petitioner, | ) |
| v. | ) No. 1:05-CV-1195-SEB-VSS |
| STANLEY KNIGHT, Superintendent, | ) |
|           Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 03/21/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Oliver
DOC #906826
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770